ACCEPTED
15-24-00132-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/15/2025 2:45 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00132-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/15/2025 2:45:05 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

AIRW 2017-7, L.P.; 600 WESTINGHOUSE INVESTMENTS, LLC;
800 WESTINGHOUSE INVESTMENTS, LLC; TEXAS
COMMISSION ON ENVIRONMENTAL QUALITY; and JONAH
WATER SPECIAL UTILITY DISTRICT,

*Appellants,*

v.

CITY OF GEORGETOWN,

*Appellee.*

On Appeal from the 261st District Court of Travis
County, Texas, Cause No. D-1-GN-23-001004

UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
TO FILE BRIEFS

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d),

Appellants, the Texas Commission on Environmental Quality

(Commission); AIRW 2017-7, L.P.; 600 Westinghouse Investments, LLC;

800 Westinghouse Investments, LLC (AIRW); and Jonah Water Special Utility District (Jonah) jointly move for extension of time to file their respective briefs on the merits. Appellants' briefs are currently due April 21, 2025. The new due date would be May 21, 2025. This is the first request for an extension for this filing. Appellees do not oppose this 30-day extension.

## BASES FOR THE EXTENSION OF TIME

1. Counsel for Appellants seek additional time to more fully prepare their respective briefs and seek additional time to prepare briefs more helpful to the Court.

In addition to this brief on the merits, counsel for the Commission have the following conflicts:

- Ongoing mediation and trial preparation for trial scheduled the week of June 9, 2025, in *State of Texas v. State of New Mexico and State of Colorado*; No. 141, Original Action in the United States Supreme Court;

- Preparation for upcoming mediation in *State of Texas v. Intercontinental Terminals Company, LLC*; Cause No. D-1-GN-19-001593; in the District Court of Travis County, Texas, 251st

2

Judicial District Court.

In addition to this brief on the merits, counsel for AIRW have the following conflicts:

- Motion to transfer in *Rumble Inc. v. World Federation of Advertisers et al.*, 24-cv-00115 (N.D. Tex.);

- Preparation of combined reply/cross-appeal response brief in *Plains Capital Bank v. Stephen R. Herbel et al.*, 05-24-00572-cv (Tex. App.–Dall.) (due May 15, 2025);

- Preparation for temporary injunction hearing in *Municipal Operations, LLC v. Hon. Ken Paxton & City of San Antonio*, D-1-GN-25-002129 (419th Dist. Ct., Travis County, Tex.) (April 17, 2025);

- Preparation for preliminary hearing in *Application by Moore Farm WCID No. 1 for New TPDES Permit*, TCEQ Docket No. 2024-1581-MWD (April 22, 2025);

- Preparation for merits hearing in *Application by LVTP Holdings, LLC for New TPDES Permit*, TCEQ Docket No. 2023-1558-MWD (April 24-25, 2025).

2.      Appellants, AIRW, Jonah, and the Commission also join in this motion to ensure uniformity of briefing dates.

3.      This request is not sought for purposes of delay but so that counsel may have adequate time to provide a full response to the Court.

## CERTIFICATE OF CONFERENCE

On April 15, 2025, counsel for Appellants the Commission, AIRW, and Jonah exchanged emails with counsel for Appellee City of Georgetown. Counsel for Appellees indicated they did not oppose this extension.

## PRAYER

For these reasons, Appellants respectfully request that the Court grant this motion to extend the time for filing Appellant briefs until May 21, 2025.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney
General

RALPH MOLINA
Deputy First Assistant
Attorney General

AUSTIN KINGHORN
Deputy Attorney General
for Civil Litigation

AARON L. NIELSON
Solicitor General

WILLIAM F. COLE
Principal Deputy Solicitor
General

KELLIE E. BILLINGS-RAY
Chief, Environmental
Protection Division
Assistant Attorney General
State Bar No. 24042447

/s/ Sara J. Ferris
SARA J. FERRIS
Assistant Attorney General
State Bar No. 50511915
Sara.Ferris@oag.texas.gov

OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
Environmental Protection
Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512)
320-0911

ATTORNEYS FOR TEXAS
COMMISSION ON ENVIRONMENTAL
QUALITY

/s/ Erin R. Selvera (with permission)
John J. Carlton
john@carltonlawaustin.com
Kelli A. N. Carlton
kelli@carltonlawaustin.com
Erin R. Selvera
erin@carltonlawaustin.com
Michael Parsons
michael@carltonlawaustin.com
THE CARLTON LAW FIRM, PLLC
4301 Westbank Dr., Suite B130
Austin, TX 78746-6568

ATTORNEYS FOR JONAH WATER
SPECIAL DISTRICT


/s/ Andrew B. Davis
Andrew B. Davis
andrew@lkcfirm.com
William T. Thompson
will@lkcfirm.com
Todd Disher
todd@lkcfirm.com
LEHOTSKY KELLER COHN, LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701

Helen S. Gilbert
hgilbert@bartonbensonjones.com
BARTON BENSON JONES, PLLC
7000 N. MoPac Expwy, Suite 200
Austin, TX 78731

Edmond McCarthy
Ed@ermlawfirm.com
MCCARTHY & MCCARTHY, LLP
1122 Colorado St., Suite 2399

Austin, TX 78701

ATTORNEYS FOR AIRW 2017-7, L.P.,
600 WESTINGHOUSE INVESTMENTS,
LLC, AND 800 WESTINGHOUSE
INVESTMENTS, LLC

**CERTIFICATE OF SERVICE**

On April 15, 2025, a true and correct copy of the ***Joint Motion for Extension of Time to File Reply Briefs*** was served upon the following counsel of record by email or the Court's electronic filing manager:

William A. Faulk, III
cfaulk@spencerfane.com
Carlota Hopkins-Baul
chbaul@spencerfane.com
Maris M. Chambers
mchambers@spencerfane.com
SPENCER FANE, LLP
816 Congress Ave., Suite 1200
Austin, TX 78701

Patricia Erlinger Carls
tcarls@tcarlslaw.com
LAW OFFICE OF PATRICIA
ERLINGER CARLS
3100 Glenview Ave.
Austin, TX 78703

***Attorneys City of Georgetown, TX***

/s/ Sara J. Ferris
SARA J. FERRIS

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Colton Halter on behalf of Sara Ferris
Bar No. 50511915
colton.halter@oag.texas.gov
Envelope ID: 99698358
Filing Code Description: Motion
Filing Description: Joint Motion for Extension of Time for Appellants Briefs
Status as of 4/15/2025 2:50 PM CST

Associated Case Party: City of Georgetown

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patricia Carls | 3813425 | tcarls@tcarlslaw.com | 4/15/2025 2:45:05 PM | SENT |
| Carlota Hopinks-Baul | 24094039 | chbaul@spencerfane.com | 4/15/2025 2:45:05 PM | SENT |
| Maris Chambers | | MChambers@spencerfane.com | 4/15/2025 2:45:05 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Thompson | 24088531 | will@lkcfirm.com | 4/15/2025 2:45:05 PM | SENT |
| Edmond McCarthy | 13367200 | ed@ermlawfirm.com | 4/15/2025 2:45:05 PM | SENT |
| William Faulk | 24075674 | cfaulk@spencerfane.com | 4/15/2025 2:45:05 PM | SENT |
| John Carlton | 3817600 | john@carltonlawaustin.com | 4/15/2025 2:45:05 PM | SENT |
| Helen Gilbert | 786263 | hgilbert@bartonbensonjones.com | 4/15/2025 2:45:05 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 4/15/2025 2:45:05 PM | SENT |
| Kelli Carlton | | kelli@carltonlawfirm.com | 4/15/2025 2:45:05 PM | SENT |
| Todd Disher | | todd@lkcfirm.com | 4/15/2025 2:45:05 PM | SENT |
| Erin Selvera | | erin@carltonlawfirm.com | 4/15/2025 2:45:05 PM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sara Ferris | | sara.ferris@oag.texas.gov | 4/15/2025 2:45:05 PM | SENT |
| Jennifer Jamison | | jennifer.jamison@tceq.texas.gov | 4/15/2025 2:45:05 PM | SENT |
| Bobby Salehi | | bobby.salehi@tceq.texas.gov | 4/15/2025 2:45:05 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Colton Halter on behalf of Sara Ferris
Bar No. 50511915
colton.halter@oag.texas.gov
Envelope ID: 99698358
Filing Code Description: Motion
Filing Description: Joint Motion for Extension of Time for Appellants Briefs
Status as of 4/15/2025 2:50 PM CST

Associated Case Party: Texas Commission on Environmental Quality

| Bobby Salehi | | bobby.salehi@tceq.texas.gov | 4/15/2025 2:45:05 PM | SENT |
| Kellie E.Billings-Ray | | Kellie.Billings-Ray@oag.texas.gov | 4/15/2025 2:45:05 PM | SENT |
| Erin  K.Snody | | Erin.Snody@oag.texas.gov | 4/15/2025 2:45:05 PM | ERROR |

Associated Case Party: AIRW 2017-7, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Andrew Davis | | andrew@lkcfirm.com | 4/15/2025 2:45:05 PM | SENT |

Associated Case Party: Jonah Water Special Utility District

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| John Carlton | | john@carltonlawfirm.com | 4/15/2025 2:45:05 PM | SENT |